**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Carlos RAMOS, Defendant—
Appellant.**

**No. 05–10110.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

John Joseph Tuchi, USPX—Office of The U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alex Gonzalez, Gonzalez & Smith, Mesa, AZ, Juan Carlos Ramos, Victorville USP, Adelanto, CA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Juan Carlos Ramos appeals from his jury-trial conviction and 77–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ramos has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ramos has not filed a pro se supplemental brief.

Our independent review of the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

